**No. 58811.**—New York Merchandise Co., Inc. *v.* United States, protests 226585–K and 226595–K (Los Angeles).

Opinion by Wilson, J.   In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 58812.**—New York Merchandise Co., Inc. *v.* United States, protests 226604–K and 226605–K (Los Angeles).

Opinion by Wilson, J.   In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 58813.**—International Packers Commercial Division of International Packers, Ltd. *v.* United States, protest 226757–K (Boston).

Opinion by Wilson, J.   From an examination of the papers in this case, it appeared that the protest was untimely.   The protest was, therefore, dismissed.

BEFORE THE SECOND DIVISION, MARCH 10,1955

**No. 58814.**—International Expediters, Inc. *v.* United States, protest 211203–K/4312 (Chicago).

Opinion by Lawrence, J.   At the trial, it was stipulated that the length of the files in the present case was 3 inches.   Upon the agreement of counsel, the claim of the plaintiff was sustained.

**No. 58815.**—William H. Masson *v.* United States, protest 219737–K (Baltimore).